■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GERARDUS C. DEWIT and NEWARK FLORISTS, INC., Respondents. —Order unanimously affirmed for reasons stated in memorandum decision at Wayne County Court, Strobridge, J. (Appeal from order of Wayne County Court, Strobridge, J.—suppress evidence.) Present—Dillon, P. J., Callahan, Denman, Lawton and Davis, JJ.